IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION

ADMIRAL INSURANCE COMPANY                                    PLAINTIFF

VS.                                           CAUSE NO.:3:15cv203-SA-SAA

TED L. SMITH, SR.; GEORGE HAYMANS, IV and
HAYMANS CAPITAL MANAGEMENT, LLC                              DEFENDANTS

## ORDER OF DISMISSAL

This matter is before the Court, having been dismissed by reason of settlement but with reservation of jurisdiction to reinstate the case if the settlement was not concluded [Doc.12]. The parties having informed the Court that the settlement of the matter has now been concluded, the Court does hereby order this case dismissed without prejudice.

ORDERED AND ADJUDGED, this the 31st day of March, 2016.

/s/ Sharion Aycock
CHIEF UNITED STATES DISTRICT JUDGE

Approved by:

/s/ F. Ewin Henson III
F. Ewin Henson III, Esq.
Attorney for Admiral Insurance Company

/s/ Paul Chiniche
Paul Chiniche, Esq.
Attorney for George Haymans, IV and
Haymans Capital Management, LLC